AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| KIMBERLY WADE <br><br> *Plaintiff* <br><br> v. <br><br> WEST PENN ALLEGHENY HEALTH SYSTEM, d/b/a ALLEGHENY SPECIALTY PRACTICE NETWORK, <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. **10-1734** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  West Penn Allegheny Health System
d/b/a Allegheny Specialty Practice Network
320 East North Avenue
Pittsburgh, PA 15212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph H. Chivers, Esquire
Suite 1010
100 First Avenue
Pittsburgh, PA 15222
jchivers@employmentrightsgroup.com
(412) 227-0763/(412) 281-8481 Fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: DEC 23 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
   on *(date)*                              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Ms. Mary Planter**, who is designated by law to accept service of process on behalf of *(name of organization)* **Allegheny Specialty Practice Network** on *(date)* **1-13-2011 @ 1510**   ; or

☐ I returned the summons unexecuted because                              ; or

☐ Other *(specify)*:


My fees are $           for travel and $           for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: **1/13/11**

**J. O'Shea**
*Server's signature*

**J. O'Shea - Process Server**
*Printed name and title*

**DELPHI**
20436 RT. 19 SUITE 620-297
CRANBERRY TWP PA 16066

*Server's address*

Additional information regarding attempted service, etc: